# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MEDITERRANEAN SHIPPING CO. S.A. and MEDITERRANEAN SHIPPING CO. (USA) INC.,

    Plaintiff(s),

-against-

RAPID MOTOR FREIGHT, INC.,

    Defendant(s).

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CIV

08 CV 2366

JUDGE JONES

**TO**: (name and address of defendants)

RAPID MOTOR FREIGHT, INC.
107 West Side Avenue
Jersey City, NJ 07305

RAPID MOTOR FREIGHT, INC.
1 Jacobus Avenue
Kearny, NJ 07032

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MAHONEY & KEANE, LLP
111 Broadway, 10th Floor
New York, NY 10006
(212) 385-1422

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 0 6 2008

CLERK _____  DATE _____

DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JUDGE JONES

08 CV 2366

| MEDITERRANEAN SHIPPING CO. S.A. and MEDITERRANEAN SHIPPING CO. (USA) INC., |
|---|
| Plaintiff(s), |
| -against- |
| RAPID MOTOR FREIGHT, INC., |
| Defendant(s). |

COMPLAINT

MAR 0 6 2008
U.S.D.C. S.D. N.Y.
CASHIERS

PLEASE TAKE NOTICE that Plaintiff(s), MEDITERRANEAN SHIPPING CO. S.A. and MEDITERRANEAN SHIPPING CO. (USA) INC., (collectively "MSC"), by their attorneys, MAHONEY & KEANE, LLP, as and for a Complaint against Defendant(s), RAPID MOTOR FREIGHT, INC., ("RAPID MOTOR"), allege, upon information and belief, as follows:

1. This is a case of admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Jurisdiction is based upon 28 U.S.C. § 1333, as well as the Court's pendent, supplementary and ancillary jurisdiction.

2. Plaintiff MEDITERRANEAN SHIPPING CO. S.A. is a legal entity duly organized and existing pursuant to the laws of a foreign country.

3. Plaintiff MEDITERRANEAN SHIPPNG CO. (USA) INC. is a legal entity duly organized and existing pursuant to the laws of the United States with offices and a place of business located in the Southern District.

- 2 -

4. Defendant RAPID MOTOR is a business entity organized and existing pursuant to the laws of the United States with offices and a place of business located at 1 Jacobus Avenue, Kearny, NJ 07032.

5. Defendant RAPID MOTOR is a business entity organized and existing pursuant to the laws of the United States with offices and a place of business located at 107 West Side Ave., Jersey City, NJ 07305.

6. The United States District Court for the Southern District of New York is the proper venue for this action, as Plaintiff MSC resides and/or maintains a principal place of business in the Southern District of New York.

7. Plaintiffs sue on their own behalf and as agents and trustees on behalf of any other party who may now have or hereinafter acquire an interest in this action.

AS AND FOR A FIRST CAUSE OF ACTION AGAINST DEFENDANT RAPID MOTOR

8. Plaintiff repeats and reiterates each and every allegation contained in paragraphs "1" through "7" as if specifically set forth herein at length.

9. At all times relevant herein, Defendant RAPID MOTOR entered into agreements, service contracts, contracts of affreightment, charter agreements and/or bills of lading, with Plaintiff for the carriage, storage, handling, care and/or maintenance of cargoes by Defendant.

10. Plaintiff duly performed all duties and obligations required to be performed by Plaintiff.

11. Defendant wrongfully, willfully, negligently and/or fraudulently breached the terms of the subject agreement(s) by, *inter alia*, failing to pay demurrage, detention, port fees, tariffs and other associated costs.

12. As a result of Defendant's breach of the subject agreements and Plaintiff has incurred, and will continue to incur, costs and expenses for which Defendant is liable under the terms of the agreements and at law.

13. Plaintiff has placed Defendant on notice of its claim that Defendant has breached the subject agreements and violated Plaintiff's rights under the law.

14. Despite Plaintiff's repeated demands, Defendant has failed to pay the Plaintiff's damages due and owing under the agreements and at law.

15. By reason of the foregoing, Plaintiff has sustained damages in the amount of $4,920.00, together with interest, costs, fees, and expenses.

## AS AND FOR A SECOND CAUSE OF ACTION AGAINST DEFENDANT RAPID MOTOR

16. Plaintiff repeats and reiterates each and every allegation contained in paragraphs "1" through "15" as if specifically set forth herein at length.

17. Defendant has an account stated with the Plaintiff.

18. By reason of the foregoing, Plaintiff has sustained damages in the amount of $4,920.00, together with interest, costs, fees, and expenses.

## AS AND FOR A THIRD CAUSE OF ACTION AGAINST DEFENDANT RAPID MOTOR

19. Plaintiff repeats and reiterates each and every allegation contained in paragraphs "1" through "18" as if specifically set forth herein at length.

20. Plaintiff is due from Defendant the quantum meruit of Plaintiff's services.

WHEREFORE, Plaintiff prays:

(A).  that judgment be entered in favor of Plaintiff for an amount exceeding **four thousand nine hundred and twenty dollars** $4,920.00, plus interest, fees, including attorneys' fees, costs, and disbursements;

(B).  that Court process be issued against the Defendant; and

(C).  that Plaintiff be granted such other and further relief as the Court may deem just and proper.

Dated: New York, New York

March 5, 2008

> MAHONEY & KEANE, LLP
> Attorneys for Plaintiffs
> MEDITERRANEAN SHIPPING CO. S.A. and
> MEDITERRANEAN SHIPPING CO. (USA) INC.
>
> By: _____
> Jorge A. Rodriguez (JR 2162)
> 111 Broadway, Tenth Floor
> New York, New York 10006
> Tel (212) 385-1422
> Fax (212) 385-1605
> Our File No. 12/3522/B/08/1

SERVICE LIST

| | |
|---|---|
| RAPID MOTOR FREIGHT, INC. | RAPID MOTOR FREIGHT, INC. |
| 107 West Side Avenue | 1 Jacobus Avenue |
| Jersey City, NJ 07305 | Kearny, NJ 07032 |