UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE JONES

---

MEDITERRANEAN SHIPPING CO. S.A.
and MEDITERRANEAN SHIPPING CO.
(USA) INC.,

           Plaintiff(s),

-against-

RAPID MOTOR FREIGHT, INC.,

           Defendant(s).

08 CV 2366

RULE 7.1 STATEMENT



---

PLEASE TAKE NOTICE that JORGE A. RODRIGUEZ, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff(s), MEDITERRANEAN SHIPPING COMPANY, S.A. and MEDITERRANEAN SHIPPING CO. (USA) INC., certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of MEDITERRANEAN SHIPPING COMPANY, S.A. or MEDITERRANEAN SHIPPING CO. (USA) INC.

Dated: New York, New York

    March 5, 2008

                              MAHONEY & KEANE, LLP
                              Attorneys for Plaintiff(s)
                              MEDITERRANEAN SHIPPING CO. S.A. and
                              MEDITERRANEAN SHIPPING CO. (USA)
                              INC.

            By: _____
                        Jorge A. Rodriguez (JR 2162)
                        111 Broadway, Tenth Floor
                        New York, New York 10006
                        Tel (212) 385-1422
                        Fax (212) 385-1605
                        Our File No. 12/3522/B/08/1