AO 440 (Rev. 10/93) Summons in a Civil Action          **RETURN OF SERVICE**

SERVICE OF:          **SUMMONS AND COMPLAINT**
EFFECTED (1) BY ME:  **GEORGE GENCARELLI**
TITLE:               **PROCESS SERVER**                    DATE: **03/12/2008  01:38PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

RAPID MOTOR FREIGHT INC.

Place where served:

107 WESTSIDE AVENUE   JERSEY CITY NJ 07305

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

TOM BAHR

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M__ AGE: 36-50__ HEIGHT: 5'9"-6'0"__ WEIGHT: 161-200 LBS.__ SKIN: WHITE__ HAIR: BROWN__ OTHER: GOATEE

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 03 / 12 / 20 08     _____ L.S.
                            SIGNATURE OF GEORGE GENCARELLI
                            GUARANTEED SUBPOENA SERVICE, INC.
                            2009 MORRIS AVENUE
                            UNION, NJ 07083

03 -12-08

J. S. Velez

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

ATTORNEY:  JORGE A. RODRIGUEZ, ESQ.
PLAINTIFF:  MEDITERRANEAN SHIPPING CO SA, ET AL
DEFENDANT:  RAPID MOTOR FREIGHT INC.
VENUE:  SOUTHERN DIST OF NY
DOCKET:  08 CV 2366

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TZ