UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDITERRANEAN SHIPPING CO. S.A. and MEDITERRANEAN SHIPPING CO. (USA) INC., | 08-cv-02366-BSJ-DFE |
| Plaintiff(s), | |
| -against- | DEFAULT JUDGMENT AND ORDER |
| RAPID MOTOR FREIGHT, INC., | |
| Defendant(s). | |

This action having been commenced on March 6, 2008 by the filing of the Summons and

Complaint, and a copy of the Summons and Complaint in this action having been duly served on

Defendant RAPID MOTOR FREIGHT, INC., on March 12, 2008, by personally delivering copies

of said documents to TOM BAHR, Managing Agent, authorized by appointment and/or law to

accept service on behalf of Defendant, at Defendant's principal place of business, and proof of

service having been filed on March 21, 2008, and said Defendant having failed to plead or

otherwise defend this action, and the time for answering the Complaint having expired, it is,

ORDERED, ADJUDGED and DECREED: That Plaintiffs have a judgment against

Defendant in the liquidated amount of **$4,920.00**, the amount claimed, plus **$404.95** in costs,

disbursements and attorney fees, amounting in all to the sum of **$5,324.95**, plus interest at the legal

rate in effect on the date of this judgment; and, that the Plaintiffs have execution therefor.

Dated: New York, NY

_August 4_, 2008

By: _____
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/4/08_

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDITERRANEAN SHIPPING CO. S.A.
and MEDITERRANEAN SHIPPING CO.
(USA) INC.,

     Plaintiff(s),

   -against-

RAPID MOTOR FREIGHT, INC.,

     Defendant(s).

08-cv-02366-BSJ-DFE

AFFIDAVIT IN SUPPORT
OF DEFAULT

---

STATE OF NEW YORK  )
         )   ss.:
COUNTY OF NEW YORK )

  JORGE A. RODRIGUEZ, being duly sworn, deposes and says:

  1.  I am a member of the Bar of this Court and am associated with the firm of

MAHONEY & KEANE, LLP, attorneys for Plaintiffs in the above-entitled action and I am familiar

with all the facts and circumstances in this action.

  2.  I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the

Southern District of New York, in support of Plaintiffs' application for the entry of a default

judgment against Defendant RAPID MOTOR FREIGHT INC. ("RAPID MOTOR").

  3.  Herewith attached are true copies of the following:

    (1).  Summons and Complaint;

    (2).  Affidavit of Service;

    (3).  Statement of damages;

    (4).  Supporting documentation;

    (5).  Clerk's certificate; and

(6).      Proposed default judgment and order

4.      Plaintiffs commenced this action against Defendants for unpaid detention charges accrued against Defendant. (Ex. 1, 4).

5.      Jurisdiction of the subject matter is based on 28 USC § 1333 and admiralty/maritime jurisdiction. (Id.).

6.      This action was commenced on or about March 6, 2008 by the filing of the Summons and Complaint. (Id.). The Summons and Complaint were served on Defendant on March 12, 2008 by personally delivering said documents to TOM BAHR, Managing Agent and authorized by appointment or law to receive service of process on behalf of Defendant, at the Defendant's place of business. (Ex. 2). Proof of service by the Special Process Server was filed. (Id.).

7.      The undersigned spoke with Mr. BAHR on several occasions in an attempt to settle this matter without further intervention from this Court. However, the parties were unable to come to an understanding.

8.      Plaintiff, thereafter, demanded that Defendant obtain counsel and interpose a responsive pleading on this matter. Defendant failed to respond to Plaintiff's request.

9.      Defendant has not answered the Complaint and the time for the Defendant to answer the Complaint has expired.

10.      This motion seeks judgment for the liquidated amount of $4,920.00, plus costs, fees and disbursements in the amount of $404.95, for a total of $5,324.95, plus interest at the legal rate in effect in this jurisdiction. (Ex. 3).

11.      The amounts demanded are justly due and owing, no part of which has been paid, though duly demanded.

12. The Defendant is not an infant or incompetent.

13. The disbursements sought to be taxed have been made in this action or will necessarily be made herein.

WHEREFORE, Plaintiffs request the entry of Default and the entry of the annexed Judgment against Defendant.

By: _____

Jorge A. Rodriguez

Sworn to before me this

2 8th day of July, 2008

_____

Notary Public

GARTH S. WOLFSON
NOTARY PUBLIC
State of New York No. 02WO5078941
Qualified in New York County
Term Expires     4/28/2011

STATE OF NEW YORK       :
                        :  ss.:
COUNTY OF NEW YORK      :


      DONNA A. ANCONA, being duly sworn deposes and says:
I am not a party to the action, am over 18 years of age and reside
in Staten Island, New York.


      On July 29, 2008, I served a true copy of the
annexed **AFFIDAVIT IN SUPPORT OF DEFAULT**

TO: RAPID MOTOR FREIGHT, INC.
    107 West Side Avenue
    Jersey City, NJ  07305

by dispatching said papers, by Federal Express Priority Overnight
delivery service.

                              DONNA A. ANCONA


Sworn to before me on this
29th day of July, 2008.

    Notary Public

GARTH S. WOLFSON
NOTARY PUBLIC
State of New York No. 02WO5078941
Qualified in New York County
Term Expires  04-25-2011

# Exhibit 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MEDITERRANEAN SHIPPING CO. S.A.
and MEDITERRANEAN SHIPPING CO.
(USA) INC.,

Plaintiff(s),

-against-

RAPID MOTOR FREIGHT, INC.,

Defendant(s).

**SUMMONS IN A CIVIL ACTION**

**Case No. 08 CIV**

08 CV 2366

JUDGE JONES

**TO**: (name and address of defendants)

RAPID MOTOR FREIGHT, INC.
107 West Side Avenue
Jersey City, NJ 07305

RAPID MOTOR FREIGHT, INC.
1 Jacobus Avenue
Kearny, NJ 07032

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY
(name and address)

MAHONEY & KEANE, LLP
111 Broadway, 10th Floor
New York, NY 10006
(212) 385-1422

an answer to the complaint which is served on you with this summons, within **twenty (20)** days
after service of this summons on you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint. Any
answer that you serve on the parties to this action must be filed with the Clerk of this Court
within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 0 6 2008

CLERK

DATE

DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MEDITERRANEAN SHIPPING CO. S.A.
and MEDITERRANEAN SHIPPING CO.
(USA) INC.,



          Plaintiff(s),

      -against-

RAPID MOTOR FREIGHT, INC.,

          Defendant(s).

COMPLAINT

MAR 0 6 2008

U.S.D.C. S.D. N.Y.
CASHIERS

PLEASE TAKE NOTICE that Plaintiff(s), MEDITERRANEAN SHIPPING CO. S.A. and MEDITERRANEAN SHIPPING CO. (USA) INC., (collectively "MSC"), by their attorneys, MAHONEY & KEANE, LLP, as and for a Complaint against Defendant(s), RAPID MOTOR FREIGHT, INC., ("RAPID MOTOR"), allege, upon information and belief, as follows:

1.     This is a case of admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Jurisdiction is based upon 28 U.S.C. § 1333, as well as the Court's pendent, supplementary and ancillary jurisdiction.

2.     Plaintiff MEDITERRANEAN SHIPPING CO. S.A. is a legal entity duly organized and existing pursuant to the laws of a foreign country.

3.     Plaintiff MEDITERRANEAN SHIPPNG CO. (USA) INC. is a legal entity duly organized and existing pursuant to the laws of the United States with offices and a place of business located in the Southern District.

- 1 -

4.    Defendant RAPID MOTOR is a business entity organized and existing pursuant to the laws of the United States with offices and a place of business located at 1 Jacobus Avenue, Kearny, NJ 07032.

5.    Defendant RAPID MOTOR is a business entity organized and existing pursuant to the laws of the United States with offices and a place of business located at 107 West Side Ave., Jersey City, NJ 07305.

6.    The United States District Court for the Southern District of New York is the proper venue for this action, as Plaintiff MSC resides and/or maintains a principal place of business in the Southern District of New York.

7.    Plaintiffs sue on their own behalf and as agents and trustees on behalf of any other party who may now have or hereinafter acquire an interest in this action.

AS AND FOR A FIRST CAUSE OF ACTION AGAINST DEFENDANT RAPID MOTOR

8.    Plaintiff repeats and reiterates each and every allegation contained in paragraphs "1" through "7" as if specifically set forth herein at length.

9.    At all times relevant herein, Defendant RAPID MOTOR entered into agreements, service contracts, contracts of affreightment, charter agreements and/or bills of lading, with Plaintiff for the carriage, storage, handling, care and/or maintenance of cargoes by Defendant.

10.   Plaintiff duly performed all duties and obligations required to be performed by Plaintiff.

11.   Defendant wrongfully, willfully, negligently and/or fraudulently breached the terms of the subject agreement(s) by, *inter alia*, failing to pay demurrage, detention, port fees, tariffs and other associated costs.

- 2 -

12.    As a result of Defendant's breach of the subject agreements and Plaintiff has incurred, and will continue to incur, costs and expenses for which Defendant is liable under the terms of the agreements and at law.

13.    Plaintiff has placed Defendant on notice of its claim that Defendant has breached the subject agreements and violated Plaintiff's rights under the law.

14.    Despite Plaintiff's repeated demands, Defendant has failed to pay the Plaintiff's damages due and owing under the agreements and at law.

15.    By reason of the foregoing, Plaintiff has sustained damages in the amount of $4,920.00, together with interest, costs, fees, and expenses.

### AS AND FOR A SECOND CAUSE OF ACTION AGAINST DEFENDANT RAPID

### MOTOR

16.    Plaintiff repeats and reiterates each and every allegation contained in paragraphs "1" through "15" as if specifically set forth herein at length.

17.    Defendant has an account stated with the Plaintiff.

18.    By reason of the foregoing, Plaintiff has sustained damages in the amount of $4,920.00, together with interest, costs, fees, and expenses.

### AS AND FOR A THIRD CAUSE OF ACTION AGAINST DEFENDANT RAPID MOTOR

19.    Plaintiff repeats and reiterates each and every allegation contained in paragraphs "1" through "18" as if specifically set forth herein at length.

20.    Plaintiff is due from Defendant the quantum meruit of Plaintiff's services.

- 3 -

WHEREFORE, Plaintiff prays:

(A).    that judgment be entered in favor of Plaintiff for an amount exceeding **four thousand nine hundred and twenty dollars** $4,920.00, plus interest, fees, including attorneys' fees, costs, and disbursements;

(B).    that Court process be issued against the Defendant; and

(C).    that Plaintiff be granted such other and further relief as the Court may deem just and proper.

Dated:  New York, New York

March  5 , 2008

> MAHONEY & KEANE, LLP
> Attorneys for Plaintiffs
> MEDITERRANEAN SHIPPING CO. S.A. and
> MEDITERRANEAN SHIPPING CO. (USA)
> INC.
>
> By:
>
> Jorge A. Rodriguez (JR 2162)
> 111 Broadway, Tenth Floor
> New York, New York 10006
> Tel (212) 385-1422
> Fax (212) 385-1605
> Our File No. 12/3522/B/08/1

SERVICE LIST

RAPID MOTOR FREIGHT, INC.          RAPID MOTOR FREIGHT, INC.
107 West Side Avenue               1 Jacobus Avenue
Jersey City, NJ 07305              Kearny, NJ 07032

- 4 -

# Exhibit 2



2 0 0 8 0 3 1 1 0 9 1 4 0 3

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF:        **SUMMONS AND COMPLAINT**
EFFECTED (1) BY ME:  **GEORGE GENCARELLI**
TITLE:             **PROCESS SERVER**                DATE: **03/12/2008  01:38PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

RAPID MOTOR FREIGHT INC.

Place where served:

107 WESTSIDE AVENUE   JERSEY CITY NJ 07305

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

TOM BAHR

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.      SKIN: WHITE   HAIR: BROWN   OTHER: GOATEE

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___         SERVICES $ _____.___         TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 03 / 12 / 20 08

_____ L.S.
SIGNATURE OF GEORGE GENCARELLI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

03 -12-08

J. S. Velez

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

ATTORNEY:   JORGE A. RODRIGUEZ, ESQ.
PLAINTIFF:   MEDITERRANEAN SHIPPING CO SA, ET AL
DEFENDANT:  RAPID MOTOR FREIGHT INC.
VENUE:      SOUTHERN DIST OF NY
DOCKET:     08 CV 2366

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

T Z

# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDITERRANEAN SHIPPING CO. S.A.
and MEDITERRANEAN SHIPPING CO.
(USA) INC.,

               Plaintiff(s),

      -against-

RAPID MOTOR FREIGHT, INC.,

               Defendant(s).

08-cv-02366-BSJ-DFE

STATEMENT OF DAMAGES

Principal claim………………………………………………………… $4,920.00

Costs and Disbursements:

      Clerk's filing fee…………………………………………….. $350.00

      Process server fee…………………………………………… $54.95

Total………………………………………………………………… $5,324.95



Exhibit 4

11/5/2007

 **Mediterranean Shipping Company (USA) Inc.**
420 Fifth Avenue
New York, NY  10018 - 2709

**Account Number:** PDRPMF
**Statement date:** 11/5/2007

# Per diem statement.

| Account | Statement date | Outstanding |
|---------|---------------|-------------|
| PDRPMF | 11/5/2007 | $4,920.00 |

RAPID MOTOR FREIGHT, INC.
107 West Side Ave
Jersey City, NJ 07305

 Page 1 o



11/5/2007

Account Number: PDRPMF

Mediterranean Shipping Company (USA) Inc.

| Inv  Date | Inv  Number | Dr Amount | Cr Amount | # | Outstanding | 0-60 | 61-999 |
|-----------|-------------|-----------|-----------|---|-------------|------|--------|
| 27-Sep-06 | NYC9060944154X | $880.00 | | | $880.00 | | $880.00 |
| 22-Jun-06 | NYC9060680181X | $380.00 | | | $380.00 | | $380.00 |
| 23-May-06 | NYC9060524495X | $3,260.00 | | | $3,260.00 | | $3,260.00 |
| 24-Apr-06 | NYC9060475657X | $400.00 | | | $400.00 | | $400.00 |
| Total: | | $4,920.00 | | | $4,920.00 | | $4,920.00 |

*Any invoice over 60 days is seriously overdue. **If payment is not made within ten days, your trucks will be restricted from further pickup without any further notice.** If you have any questions concerning your account, please call Per Diem Department at 212 7644800.*

*If payment was made within the last 15 days, please disregard this notice.*

**Invoice Number:** NYC906047565TX
**Account Number:** PDRPMF

| EqNumber | EqType | SVC# | Bkg#-Sh/Co | DateFrom-DateTTerminal | td | ltd | thd | gr | ed | ft | tr | xd | xt | valuedoc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CRLU3104294 | 20' Reefer | | EXPORT PACKERS COMPANY LIMITED P | 03/07/06 - 03/14/06   Maher Terminal - Fleet | 8 | 4 | 4 | 100.00 | 4 | 400.00 | 150.00 | 0 | 0.00 | $400.00 |
| | | | | | | | | | | | | | | $400.00 |
| | | | | | | | | | | | | | | $400.00 |



5/12/2008

/2  2



## Container History Inquiry

Enter the number then click Search.

Equipment:  CRLU310429    [ Search ]
                          [ Clear ]

Container  Holds  Hazards  Over Dimensions  Reefer Information  Master  Notifications

|  |  |  |  | Previous |
|---|---|---|---|---|

**Equipment Status**

| | | | |
|---|---|---|---|
| Container: | CRLU310429-4 | LHT: | 20' 8'6" Reefer |
| SSL Owner: | Msc | SSL User: | Msc |
| Status: | Import | Service: | House To House |
| Tare Weight: | 6600 L | Gross Weight: | 1 L |
| Lease: | | | |
| Holds: | No | Hazards: | No |
| OD: | No | Pretrip/Reefer: | Yes |
| Seal 1: | 1054486 | Seal 2: | |
| Seal 3: | | Seal 4: | |
| Days On Terminal: | 5 | Remarks: | |
| Chassis: | TLXZ20LXZ2 | Genset: | NONE |
| OOS Date: | | Stuffed Date: | |

**Booking Information**

| | | | |
|---|---|---|---|
| Booking: | | Booking SSL: | |
| Booking LHT: | | | |

**Yard Activity**

| | | | |
|---|---|---|---|
| Date Received: | 03.03.2006 06:51:35 | Mode Received: | Vessel |
| Vessel: | Saf Illovo | Voyage: | 5R |
| Port Of Loading: | Port Elizabeth, South Africa | Port Of Discharge: | |
| Port Of Dispatch: | | Port Of Destination: | |
| Date Delivered: | 03.07.2006 14:37:15 | Mode Delivered: | Truck |
| Visit: | 2235981 | Reference: | 7003 |
| Trucker: | Rapid Motor Freight, Inc. | Sealink: | Moises O Hernandez |

**Yard Location**

| | | | |
|---|---|---|---|
| Location Type: | SLOTLINE | | |
| L1: | 200 | L2: | |
| L3: | | L4: | |

https://ctmscsp.maherterminals.com/maherwebapp/containerHistoryAction.do?index=1&c...   5/12/2008



**Invoice Number:** NYC9060524495X
**Account Number:** PDRPMF

| EqNumber | EqType | SVC# | Bk#-Shi/Co | DateFrom-DateTerminal | td | ld | thd | er | ed | ft | tr | xd | xt | valuedoc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CRXU3272043 | 20' Dry Van (8/6) | | REMA FOODS INC | 04/13/06 - 04/26/06  Maher Terminal - Fleet | 14 | 7 | 7 | 40.00 | 5 | 200.00 | 80.00 | 2 | 160.00 | 350.00 |
| GSTU12981225 | 20' Dry Van (8/6) | | REMA FOODS, INC | 04/05/06 - 04/20/06  Maher Terminal - Fleet | 16 | 6 | 10 | 40.00 | 5 | 200.00 | 80.00 | 5 | 400.00 | 600.00 |
| GSTU13177593 | 20' Dry Van (8/6) | | REMA FOODS, INC | 04/05/06 - 04/20/06  Maher Terminal - Fleet | 16 | 6 | 10 | 40.00 | 5 | 200.00 | 80.00 | 5 | 400.00 | 600.00 |
| MSCU13272277 | 20' Dry Van (8/6) | | REMA FOODS, INC | 04/05/06 - 04/21/06  Maher Terminal - Fleet | 17 | 6 | 11 | 40.00 | 6 | 480.00 | 80.00 | 6 | 480.00 | 680.00 |
| MSCU2035614 | 20' Dry Van (8/6) | | REMA FOODS INC | 04/17/06 - 04/26/06  Maher Terminal - Fleet | 10 | 6 | 4 | 40.00 | 5 | 200.00 | 80.00 | 1 | 80.00 | 280.00 |
| TRIU6202399 | 20' Reefer | | GLOBAL NATURAL FOODS INC | 04/24/06 - 04/26/06  Maher Terminal - Fleet | 8 | 6 | 2 | 100.00 | 2 | 200.00 | 150.00 | 0 | 0.00 | 200.00 |
| TRLU33733370 | 40' High Cube | | MIA054550-ALFA CARGO | 04/07/06 - 04/18/06  Maher Terminal - Fleet | 12 | 6 | 6 | 80.00 | 5 | 400.00 | 140.00 | 1 | 140.00 | 540.00 |
| | | | | | | | | | | | | | | $3,260.00 |
| | | | | | | | | | | | | | | **$3,260.00** |



## Container History Inquiry

Enter the number then click Search.

Equipment: CRXU277204　　　　[ Search ]

　　　　　　　　　　　　　　　　[ Clear ]

Container　Holds　Hazards　Over Dimensions　Reefer Information　Master　Notifications

**Previous**

### Equipment Status

| | | | |
|---|---|---|---|
| Container: | CRXU277204-3 | LHT: | 20' 8'6" Dry |
| SSL Owner: | Msc | SSL User: | Msc |
| Status: | Import | Service: | House To House |
| Tare Weight: | 5300 L | Gross Weight: | 20643 K |
| Lease: | | | |
| Holds: | No | Hazards: | No |
| OD: | No | Pretrip/Reefer: | No |
| Seal 1: | 3228439 | Seal 2: | |
| Seal 3: | | Seal 4: | |
| Days On Terminal: | 7 | Remarks: | |
| Chassis: | KKLZ201249 | Genset: | |
| OOS Date: | | Stuffed Date: | |

### Booking Information

| | | |
|---|---|---|
| Booking: | | Booking SSL: |
| Booking LHT: | | |

### Yard Activity

| | | | |
|---|---|---|---|
| Date Received: | 04.07.2006 18:55:20 | Mode Received: | Vessel |
| Vessel: | Msc Fribourg | Voyage: | 551A |
| Port Of Loading: | Porto Santo Island, Portugal | Port Of Discharge: | |
| Port Of Dispatch: | | Port Of Destination: | |
| Date Delivered: | 04.13.2006 10:51:23 | Mode Delivered: | Truck |
| Visit: | 2411310 | Reference: | 3862 |
| Trucker: | Rapid Motor Freight, Inc. | Sealink: | |

### Yard Location

| | | | |
|---|---|---|---|
| Location Type: | SLOTLINE | | |
| L1: | 300 | L2: | |
| L3: | | L4: | |





Home  Import  Export  ...  Administrative  Cos

## Container History Inquiry

Enter the number then click Search.

Equipment: GSTU298122    [ Search ]    [ Clear ]

Container  Holds  Hazards  Over Dimensions  Reefer Information  Master  Notifications

| | | | | **Previous** |
|---|---|---|---|---|

**Equipment Status**

| | | | |
|---|---|---|---|
| Container: | GSTU298122-5 | LHT: | 20' 8'6" Dry |
| SSL Owner: | Msc | SSL User: | Msc |
| Status: | Import | Service: | House To House |
| Tare Weight: | 5300 L | Gross Weight: | 19400 K |
| Lease: | | | |
| Holds: | No | Hazards: | No |
| OD: | No | Pretrip/Reefer: | No |
| Seal 1: | 3228284 | Seal 2: | |
| Seal 3: | | Seal 4: | |
| Days On Terminal: | 7 | Remarks: | |
| Chassis: | TLXZ210339 | Genset: | |
| OOS Date: | | Stuffed Date: | |

**Booking Information**

| | | | |
|---|---|---|---|
| Booking: | | Booking SSL: | |
| Booking LHT: | | | |

**Yard Activity**

| | | | |
|---|---|---|---|
| Date Received: | 03.30.2006 18:17:21 | Mode Received: | Vessel |
| Vessel: | Msc China | Voyage: | 338A |
| Port Of Loading: | Porto Santo Island, Portugal | Port Of Discharge: | |
| Port Of Dispatch: | | Port Of Destination: | |
| Date Delivered: | 04.05.2006 16:21:56 | Mode Delivered: | Truck |
| Visit: | 2372671 | Reference: | 8030 |
| Trucker: | Rapid Motor Freight, Inc. | Sealink: | Edgar V Gavilanes |

**Yard Location**

| | | | |
|---|---|---|---|
| Location Type: | SLOTLINE | | |
| L1: | 100 | L2: | |
| L3: | | L4: | |





## Container History Inquiry

Enter the number then click Search.

Equipment:  GSTU317759    [ Search ]
                          [ Clear ]

**Container Holds Hazards Over Dimensions Reefer Information Master Notifications**

|  |  |  |  |
|---|---|---|---|
|  |  |  | **Previous** |
| **Equipment Status** | | | |
| Container: | GSTU317759-3 | LHT: | 20' 8'6" Dry |
| SSL Owner: | Msc | SSL User: | Msc |
| Status: | Import | Service: | House To House |
| Tare Weight: | 5300 L | Gross Weight: | 19240 K |
| Lease: | | | |
| Holds: | No | Hazards: | No |
| OD: | No | Pretrip/Reefer: | No |
| Seal 1: | 3228351 | Seal 2: | |
| Seal 3: | | Seal 4: | |
| Days On Terminal: | 7 | Remarks: | |
| Chassis: | YMLZ230085 | Genset: | |
| OOS Date: | | Stuffed Date: | |
| **Booking Information** | | | |
| Booking: | | Booking SSL: | |
| Booking LHT: | | | |
| **Yard Activity** | | | |
| Date Received: | 03.30.2006 18:16:05 | Mode Received: | Vessel |
| Vessel: | Msc China | Voyage: | 338A |
| Port Of Loading: | Porto Santo Island, Portugal | Port Of Discharge: | |
| Port Of Dispatch: | | Port Of Destination: | |
| Date Delivered: | 04.05.2006 13:20:20 | Mode Delivered: | Truck |
| Visit: | 2371474 | Reference: | 5765 |
| Trucker: | Rapid Motor Freight, Inc. | Sealink: | |
| **Yard Location** | | | |
| Location Type: | SLOTLINE | | |
| L1: | 100 | L2: | |
| L3: | | L4: | |





## Container History Inquiry

Enter the number then click Search.

Equipment:  MSCU127277   [ Search ]   [ Clear ]

Container  Holds  Hazards  Over Dimensions  Reefer Information  Master  Notifications

**Previous**

### Equipment Status

| | | | |
|---|---|---|---|
| Container: | MSCU127277-7 | LHT: | 20' 8'6" Dry |
| SSL Owner: | Msc | SSL User: | Msc |
| Status: | Import | Service: | House To House |
| Tare Weight: | 5300 L | Gross Weight: | 19080 K |
| Lease: | | | |
| Holds: | No | Hazards: | No |
| OD: | No | Pretrip/Reefer: | No |
| Seal 1: | Y057310 | Seal 2: | |
| Seal 3: | | Seal 4: | |
| Days On Terminal: | 7 | Remarks: | |
| Chassis: | TAXZ215065 | Genset: | |
| OOS Date: | | Stuffed Date: | |

### Booking Information

| | | | |
|---|---|---|---|
| Booking: | | Booking SSL: | |
| Booking LHT: | | | |

### Yard Activity

| | | | |
|---|---|---|---|
| Date Received: | 03.30.2006 18:12:36 | Mode Received: | Vessel |
| Vessel: | Msc China | Voyage: | 338A |
| Port Of Loading: | Porto Santo Island, Portugal | Port Of Discharge: | |
| Port Of Dispatch: | | Port Of Destination: | |
| Date Delivered: | 04.05.2006 12:02:48 | Mode Delivered: | Truck |
| Visit: | 2370959 | Reference: | 4805 |
| Trucker: | Rapid Motor Freight, Inc. | Sealink: | Jose S Paredes |

### Yard Location

| | | | |
|---|---|---|---|
| Location Type: | SLOTLINE | | |
| L1: | 100 | L2: | |
| L3: | | L4: | |





Home  Import  Export  Gate  Equipment  Customers  Credit Card Payments  Administrative  Co

## Container History Inquiry

Enter the number then click Search.

Equipment:  MSCU203561    [ Search ]    [ Clear ]

Container  Holds  Hazards  Over Dimensions  Reefer Information  Master  Notifications

| | | | **Previous** |
|---|---|---|---|
| **Equipment Status** | | | |
| Container: | MSCU203561-4 | LHT: | 20' 8'6" Dry |
| SSL Owner: | Msc | SSL User: | Msc |
| Status: | Import | Service: | House To House |
| Tare Weight: | 5300 L | Gross Weight: | 20607 K |
| Lease: | | | |
| Holds: | No | Hazards: | No |
| OD: | No | Pretrip/Reefer: | No |
| Seal 1: | 15413 | Seal 2: | |
| Seal 3: | | Seal 4: | |
| Days On Terminal: | 7 | Remarks: | |
| Chassis: | TLXZ201576 | Genset: | |
| OOS Date: | | Stuffed Date: | |
| **Booking Information** | | | |
| Booking: | | Booking SSL: | |
| Booking LHT: | | | |
| **Yard Activity** | | | |
| Date Received: | 04.11.2006 01:00:51 | Mode Received: | Vessel |
| Vessel: | Msc Samia | Voyage: | 84A |
| Port Of Loading: | Porto Santo Island, Portugal | Port Of Discharge: | |
| Port Of Dispatch: | | Port Of Destination: | |
| Date Delivered: | 04.17.2006 12:46:40 | Mode Delivered: | Truck |
| Visit: | 2419590 | Reference: | 6400 |
| Trucker: | Rapid Motor Freight, Inc. | Sealink: | Edgar V Gavilanes |
| **Yard Location** | | | |
| Location Type: | SLOTLINE | | |
| L1: | 100 | L2: | |
| L3: | | L4: | |





Home   Import ▸  Export ▸   ...   Equipment ▸   ...   ...   ... Departments ▸  Administrative ▸  Cus

## Container History Inquiry

Enter the number then click Search.

Equipment:   TRIU620239        [ Search ]
                               [ Clear ]

Container  Holds  Hazards  Over Dimensions  Reefer Information  Master  Notifications

|  |  |  |  |
|---|---|---|---|
|  |  |  | **Previous** |

**Equipment Status**

| | | | |
|---|---|---|---|
| Container: | TRIU620239-9 | LHT: | 20' 8'6" Reefer |
| SSL Owner: | Msc | SSL User: | Msc |
| Status: | Import | Service: | House To House |
| Tare Weight: | 6600 L | Gross Weight: | 18200 K |
| Lease: | | | |
| Holds: | No | Hazards: | No |
| OD: | No | Pretrip/Reefer: | Yes |
| Seal 1: | 1461466 | Seal 2: | |
| Seal 3: | | Seal 4: | |
| Days On Terminal: | 7 | Remarks: | |
| Chassis: | YMLZ230850 | Genset: | TAXG594701 |
| OOS Date: | | Stuffed Date: | |

**Booking Information**

| | | | |
|---|---|---|---|
| Booking: | | Booking SSL: | |
| Booking LHT: | | | |

**Yard Activity**

| | | | |
|---|---|---|---|
| Date Received: | 04.15.2006 17:29:05 | Mode Received: | Vessel |
| Vessel: | Msc Zurich | Voyage: | 602R |
| Port Of Loading: | Capetown, South Africa | Port Of Discharge: | |
| Port Of Dispatch: | | Port Of Destination: | |
| Date Delivered: | 04.21.2006 14:20:05 | Mode Delivered: | Truck |
| Visit: | 2445507 | Reference: | 6561 |
| Trucker: | Rapid Motor Freight, Inc. | Sealink: | Moises O Hernandez |

**Yard Location**

| | | | |
|---|---|---|---|
| Location Type: | SLOTLINE | | |
| L1: | 400 | L2: | |
| L3: | | L4: | |





Home   Import ... Administrative Q ...

## Container History Inquiry

Enter the number then click Search.

Equipment:   TRLU575337    [ Search ]
                           [ Clear ]

Container   Holds   Hazards   Over Dimensions   Reefer Information   Master   Notifications

**Previous / Next**

### Equipment Status

| | | | |
|---|---|---|---|
| Container: | TRLU575337-0 | LHT: | 40' 9'6" Dry |
| SSL Owner: | Msc | SSL User: | Msc |
| Status: | Empty | Service: | |
| Tare Weight: | 8642 L | Gross Weight: | 8642 L |
| Lease: | | | |
| Holds: | No | Hazards: | No |
| OD: | No | Pretrip/Reefer: | No |
| Seal 1: | | Seal 2: | |
| Seal 3: | | Seal 4: | |
| Days On Terminal: | 1 | Remarks: | |
| Chassis: | EMCZ740594 | Genset: | |
| OOS Date: | | Stuffed Date: | |

### Booking Information

| | | | |
|---|---|---|---|
| Booking: | MIA054550 | Booking SSL: | Med Shipping Company |
| Booking LHT: | 40' 9'6" Dry | | |

### Yard Activity

| | | | |
|---|---|---|---|
| Date Received: | 04.07.2006 14:17:53 | Mode Received: | Truck |
| Visit: | 2386167 | Reference: | 9503 |
| Trucker: | Iq Logistic Llc | Sealink: | Jose R Ruiz |
| Date Delivered: | 04.07.2006 14:43:05 | Mode Delivered: | Truck |
| Visit: | 2386234 | Reference: | 9607 |
| Trucker: | Rapid Motor Freight, Inc. | Sealink: | |

### Yard Location

| | | | |
|---|---|---|---|
| Location Type: | HEAP | | |
| L1: | C100 | L2: | |
| L3: | | L4: | |



Invoice Number:    NYC90609441S4X
Account Number:    PDRPMF

| EqNumber | EqType | SVC# | Bkd-Sh/Co | DateFrom-Date/Terminal | td | fd | thf | er | ed | rt | rr | rd | rt | valueloc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MSCU1177131 | 20 Dry Van (8/6) | | HARTOG FOODS INC | 08/15/06 - 08/24/06  Columbia Container Services | 10 | 4 | 6 | 40.00 | 5 | 200.00 | 80.00 | 1 | 80.00 | $280.00 |
| MSCU1940644 | 20 Dry Van (8/6) | | HARTOG FOODS INC | 08/17/06 - 08/24/06  Columbia Container Services | 8 | 6 | 2 | 40.00 | 2 | 80.00 | 80.00 | 1 | 0.00 | $80.00 |
| MSCU3949580 | 20 Dry Van (8/6) | | HARTOG FOODS INC | 08/15/06 - 08/24/06  Columbia Container Services | 10 | 4 | 6 | 40.00 | 5 | 200.00 | 80.00 | 1 | 80.00 | $280.00 |
| MSCU6719620 | 20 Dry Van (8/6) | | HARTOG FOODS INC | 08/16/06 - 08/24/06  Columbia Container Services | 9 | 6 | 3 | 40.00 | 3 | 120.00 | 80.00 | 0 | 0.00 | $120.00 |
| MSCU6767254 | 20 Dry Van (8/6) | | HARTOG FOODS INC | 08/16/06 - 08/24/06  Columbia Container Services | 9 | 6 | 3 | 40.00 | 3 | 120.00 | 80.00 | 0 | 0.00 | $120.00 |
| | | | | | | | | | | | | | | $880.00 |



Home  |  Import ▸  Export ▸  Gate ▸  Equipment ▸  Guaranteed Check  Credit Card Payments ▸  Administrative ▸  Cus

## Container History Inquiry

Enter the number then click Search.

Equipment:  MSCU117713    [ Search ]    [ Clear ]

Container  Holds  Hazards  Over Dimensions  Reefer Information  Master  Notifications

|  |  |  |  |
|---|---|---|---|
|  |  |  | **Previous** |
| **Equipment Status** |  |  |  |
| Container: | MSCU117713-1 | LHT: | 20' 8'6" Dry |
| SSL Owner: | Msc | SSL User: | Msc |
| Status: | Import | Service: | House To House |
| Tare Weight: | 5300 L | Gross Weight: | 50706 L |
| Lease: |  |  |  |
| Holds: | No | Hazards: | No |
| OD: | No | Pretrip/Reefer: | No |
| Seal 1: | 000702 | Seal 2: |  |
| Seal 3: |  | Seal 4: |  |
| Days On Terminal: | 4 | Remarks: |  |
| Chassis: | CCLZ200797 | Genset: |  |
| OOS Date: |  | Stuffed Date: |  |

**Booking Information**

| | | | |
|---|---|---|---|
| Booking: |  | Booking SSL: |  |
| Booking LHT: |  |  |  |

**Yard Activity**

| | | | |
|---|---|---|---|
| Date Received: | 08.12.2006 08:02:33 | Mode Received: | Vessel |
| Vessel: | Msc Boston | Voyage: | 94R |
| Port Of Loading: | Buenos Aires, Argentina | Port Of Discharge: |  |
| Port Of Dispatch: |  | Port Of Destination: |  |
| Date Delivered: | 08.15.2006 21:29:11 | Mode Delivered: | Truck |
| Visit: | 2991808 | Reference: | 12535 |
| Trucker: | Rapid Motor Freight, Inc. | Sealink: |  |

**Yard Location**

| | | | |
|---|---|---|---|
| Location Type: | SLOTLINE |  |  |
| L1: | 400 | L2: |  |
| L3: |  | L4: |  |



**MAHER TERMINALS** e-CTMS fleet

Home  Imports

## Container History Inquiry

Enter the number then click Search.

Equipment:  MSCU194064   [ Search ]   [ Clear ]

Container  Holds  Hazards  Over Dimensions  Reefer Information  Master  Notifications

**Previous / Next**

### Equipment Status

| | | | |
|---|---|---|---|
| Container: | MSCU194064-4 | LHT: | 20' 8'6" Dry |
| SSL Owner: | Msc | SSL User: | Msc |
| Status: | Import | Service: | House To House |
| Tare Weight: | 5300 L | Gross Weight: | 50706 L |
| Lease: | | | |
| Holds: | No | Hazards: | No |
| OD: | No | Pretrip/Reefer: | No |
| Seal 1: | 0012674 | Seal 2: | BY48022 |
| Seal 3: | | Seal 4: | |
| Days On Terminal: | 6 | Remarks: | |
| Chassis: | EMCZ720544 | Genset: | |
| OOS Date: | | Stuffed Date: | |

### Booking Information

| | | | |
|---|---|---|---|
| Booking: | | Booking SSL: | |
| Booking LHT: | | | |

### Yard Activity

| | | | |
|---|---|---|---|
| Date Received: | 08.12.2006 07:26:47 | Mode Received: | Vessel |
| Vessel: | Msc Boston | Voyage: | 94R |
| Port Of Loading: | Buenos Aires, Argentina | Port Of Discharge: | |
| Port Of Dispatch: | | Port Of Destination: | |
| Date Delivered: | 08.17.2006 14:11:06 | Mode Delivered: | Truck |
| Visit: | 3002826 | Reference: | 7962 |
| Trucker: | Rapid Motor Freight, Inc. | Sealink: | Luis E Fajardo |

### Yard Location

| | | | |
|---|---|---|---|
| Location Type: | SLOTLINE | | |
| L1: | 400 | L2: | |
| L3: | | L4: | |

https://ctmscsp.maherterminals.com/maherwebapp/containerHistoryAction.do?index=2&c...   5/12/2008



**MAHER** TERMINALS   e-CTMS csp

Home

## Container History Inquiry

Enter the number then click Search.

Equipment: MSCU394958    [Search]   [Clear]

Container   Holds   Hazards   Over Dimensions   Reefer Information   Master   Notifications

**Previous**

### Equipment Status

| | | | |
|---|---|---|---|
| Container: | MSCU394958-0 | LHT: | 20' 8'6" Dry |
| SSL Owner: | Msc | SSL User: | Msc |
| Status: | Import | Service: | House To House |
| Tare Weight: | 5300 L | Gross Weight: | 50486 L |
| Lease: | | | |
| Holds: | No | Hazards: | No |
| OD: | No | Pretrip/Reefer: | No |
| Seal 1: | 0012680 | Seal 2: | |
| Seal 3: | | Seal 4: | |
| Days On Terminal: | 5 | Remarks: | |
| Chassis: | MSCZ242168 | Genset: | |
| OOS Date: | | Stuffed Date: | |

### Booking Information

| | | | |
|---|---|---|---|
| Booking: | | Booking SSL: | |
| Booking LHT: | | | |

### Yard Activity

| | | | |
|---|---|---|---|
| Date Received: | 08.11.2006 23:38:11 | Mode Received: | Vessel |
| Vessel: | Msc Boston | Voyage: | 94R |
| Port Of Loading: | Buenos Aires, Argentina | Port Of Discharge: | |
| Port Of Dispatch: | | Port Of Destination: | |
| Date Delivered: | 08.15.2006 19:05:03 | Mode Delivered: | Truck |
| Visit: | 2991534 | Reference: | 11948 |
| Trucker: | Rapid Motor Freight, Inc. | Sealink: | Jorge A Lainez Jr. |

### Yard Location

| | | | |
|---|---|---|---|
| Location Type: | SLOTLINE | | |
| L1: | 400 | L2: | |
| L3: | | L4: | |







## Container History Inquiry

Enter the number then click Search.

Equipment:  MSCU671962    [Search]  [Clear]

**Container  Holds  Hazards  Over Dimensions  Reefer Information  Master  Notifications**

| | | | | Previous |
|---|---|---|---|---|

**Equipment Status**

| | | | |
|---|---|---|---|
| Container: | MSCU671962-0 | LHT: | 20' 8'6" Dry |
| SSL Owner: | Msc | SSL User: | Msc |
| Status: | Import | Service: | House To House |
| Tare Weight: | 5300 L | Gross Weight: | 50486 L |
| Lease: | | | |
| Holds: | No | Hazards: | No |
| OD: | No | Pretrip/Reefer: | No |
| Seal 1: | 012665 | Seal 2: | |
| Seal 3: | | Seal 4: | |
| Days On Terminal: | 5 | Remarks: | |
| Chassis: | TAXZ212215 | Genset: | |
| OOS Date: | | Stuffed Date: | |

**Booking Information**

| | | | |
|---|---|---|---|
| Booking: | | Booking SSL: | |
| Booking LHT: | | | |

**Yard Activity**

| | | | |
|---|---|---|---|
| Date Received: | 08.12.2006 08:02:39 | Mode Received: | Vessel |
| Vessel: | Msc Boston | Voyage: | 94R |
| Port Of Loading: | Buenos Aires, Argentina | Port Of Discharge: | |
| Port Of Dispatch: | | Port Of Destination: | |
| Date Delivered: | 08.16.2006 18:48:59 | Mode Delivered: | Truck |
| Visit: | 2997943 | Reference: | 11767 |
| Trucker: | Rapid Motor Freight, Inc. | Sealink: | |

**Yard Location**

| | | | |
|---|---|---|---|
| Location Type: | SLOTLINE | | |
| L1: | 400 | L2: | |
| L3: | | L4: | |





Home   Inventory   Booking                                    Notifications   Q

## Container History Inquiry

Enter the number then click Search.

Equipment:   MSCU676725        [ Search ]
                               [ Clear ]

Container   Holds   Hazards   Over Dimensions   Reefer Information   Master   Notifications

|  |  |  | **Previous** |
|---|---|---|---|
| **Equipment Status** | | | |
| Container: | MSCU676725-4 | LHT: | 20' 8'6" Dry |
| SSL Owner: | Msc | SSL User: | Msc |
| Status: | Import | Service: | House To House |
| Tare Weight: | 5300 L | Gross Weight: | 50486 L |
| Lease: | | | |
| Holds: | No | Hazards: | No |
| OD: | No | Pretrip/Reefer: | No |
| Seal 1: | 0012605 | Seal 2: | |
| Seal 3: | | Seal 4: | |
| Days On Terminal: | 5 | Remarks: | |
| Chassis: | CCLZ200705 | Genset: | |
| OOS Date: | | Stuffed Date: | |
| **Booking Information** | | | |
| Booking: | | Booking SSL: | |
| Booking LHT: | | | |
| **Yard Activity** | | | |
| Date Received: | 08.12.2006 07:23:34 | Mode Received: | Vessel |
| Vessel: | Msc Boston | Voyage: | 94R |
| Port Of Loading: | Buenos Aires, Argentina | Port Of Discharge: | |
| Port Of Dispatch: | | Port Of Destination: | |
| Date Delivered: | 08.16.2006 14:35:38 | Mode Delivered: | Truck |
| Visit: | 2995734 | Reference: | 7360 |
| Trucker: | Rapid Motor Freight, Inc. | Sealink: | |
| **Yard Location** | | | |
| Location Type: | SLOTLINE | | |
| L1: | 400 | L2: | |
| L3: | | L4: | |





## Container History Inquiry

Enter the number then click Search.

Equipment:   GCEU295792         [ Search ]
                                [ Clear ]

Container  Holds  Hazards  Over Dimensions  Reefer Information  Master  Notifications

| | | | | **Previous** |
|---|---|---|---|---|
| **Equipment Status** | | | | |
| Container: | GCEU295792-9 | LHT: | 20' 8'6" Reefer | |
| SSL Owner: | Msc | SSL User: | Msc | |
| Status: | Import | Service: | House To House | |
| Tare Weight: | 6600 L | Gross Weight: | 19600 K | |
| Lease: | | | | |
| Holds: | No | Hazards: | No | |
| OD: | No | Pretrip/Reefer: | Yes | |
| Seal 1: | 1466927 | Seal 2: | | |
| Seal 3: | | Seal 4: | | |
| Days On Terminal: | 7 | Remarks: | | |
| Chassis: | FLXZ202379 | Genset: | MSCG121634 | |
| OOS Date: | | Stuffed Date: | | |
| **Booking Information** | | | | |
| Booking: | | Booking SSL: | | |
| Booking LHT: | | | | |
| **Yard Activity** | | | | |
| Date Received: | 05.03.2006 18:29:23 | Mode Received: | Vessel | |
| Vessel: | Msc Zrin | Voyage: | 553R | |
| Port Of Loading: | Port Elizabeth, South Africa | Port Of Discharge: | | |
| Port Of Dispatch: | | Port Of Destination: | | |
| Date Delivered: | 05.09.2006 16:50:50 | Mode Delivered: | Truck | |
| Visit: | 2529841 | Reference: | 10060 | |
| Trucker: | Rapid Motor Freight, Inc. | Sealink: | | |
| **Yard Location** | | | | |
| Location Type: | SLOTLINE | | | |
| L1: | 400 | L2: | | |
| L3: | | L4: | | |





Home | Import | Export | Gate | Equipment | Vessel | Yard Inventory | Reports | Administrative | Cus

## Container History Inquiry

Enter the number then click Search.

Equipment:  MSCU247138    [ Search ]
                          [ Clear ]

**Container  Holds  Hazards  Over Dimensions  Reefer Information  Master  Notifications**

|  |  |  |  |
|---|---|---|---|
|  |  |  | **Previous / Next** |
| **Equipment Status** | | | |
| Container: | MSCU247138-8 | LHT: | 20' 8'6" Dry |
| SSL Owner: | Msc | SSL User: | Msc |
| Status: | Import | Service: | House To House |
| Tare Weight: | 5300 L | Gross Weight: | 20353 K |
| Lease: | | | |
| Holds: | No | Hazards: | No |
| OD: | No | Pretrip/Reefer: | No |
| Seal 1: | 0015511 | Seal 2: | |
| Seal 3: | | Seal 4: | |
| Days On Terminal: | 6 | Remarks: | |
| Chassis: | EMCZ161007 | Genset: | |
| OOS Date: | | Stuffed Date: | |
| **Booking Information** | | | |
| Booking: | | Booking SSL: | |
| Booking LHT: | | | |
| **Yard Activity** | | | |
| Date Received: | 04.22.2006 19:41:26 | Mode Received: | Vessel |
| Vessel: | Msc Elena | Voyage: | 14A |
| Port Of Loading: | Porto Santo Island, Portugal | Port Of Discharge: | |
| Port Of Dispatch: | | Port Of Destination: | |
| Date Delivered: | 04.27.2006 12:36:20 | Mode Delivered: | Truck |
| Visit: | 2472934 | Reference: | 5826 |
| Trucker: | Rapid Motor Freight, Inc. | Sealink: | Edgar V Gavilanes |
| **Yard Location** | | | |
| Location Type: | SLOTLINE | | |
| L1: | 100 | L2: | |
| L3: | | L4: | |



Exhibit 5



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDITERRANEAN SHIPPING CO. S.A.
and MEDITERRANEAN SHIPPING CO.
(USA) INC.,

                 Plaintiff(s),

      -against-

RAPID MOTOR FREIGHT, INC.,

             Defendant(s).

08-cv-02366-BSJ-DFE

<u>CLERK'S CERTIFICATE</u>

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on March 6, 2008 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendants RAPID MOTOR FREIGHT, INC., by personally serving TOM BAHR, authorized by appointment or law to receive service of process, at defendants' place of business, and proof of such service thereof was filed on March 21, 2008.

I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendants is hereby noted.

Dated: New York, New York

    July 17, 2008

                          J. MICHAEL MCMAHON
                          Clerk of the Court

                By: 
                   Deputy Clerk

# Exhibit 6